**MILBANK LLP**
Alex G. Romain (SBN 314694)
aromain@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4374
Facsimile: (213) 892-4274

Sean M. Murphy (admitted *pro hac vice*)
smurphy@milbank.com
Matthew Laroche (admitted *pro hac vice*)
mlaroche@milbank.com
Vanessa Gonzalez-Ahmed (admitted *pro hac vice*)
vgonzalez-ahmed@milbank.com
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5688
Facsimile: (212) 822-5688

*Attorneys for Defendant*
*NFP RETIREMENT, INC.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAUDERDALE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NFP RETIREMENT, INC., et al., <br><br> Defendants. | Case No. 8:21-cv-301-JVS-KES <br><br> Honorable James V. Selna <br> PRESIDING JUDGE <br><br> **DEFENDANT NFP RETIREMENT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> [Filed concurrently with Second Amended Complaint, Request for Incorporation by Reference and Judicial Notice; Memorandum of Points and Authorities; Declaration of Matthew Laroche; and Proposed Order] <br><br> Date: Monday, December 20, 2021 <br> Time: 1:30 PM <br> Department: Santa Ana, Courtroom 10C <br><br> Action Filed: February 16, 2021 <br> Trial Date: October 4, 2022 |

TO PLAINTIFFS ROBERT LAUDERDALE, JOSHUA CARRELL, TING SHEN WANG, LEONARD DICKHAUT, ROBERT CROW, AUBIN NTELA, and RODNEY AARON RIGGINS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, December 20, 2021 at 1:30 p.m. in Courtroom 10C before the Honorable James V. Selna of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, California 92701-4516, Defendant NFP Retirement, Inc. will and hereby does move this Court for an order granting its Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion is made on the grounds that the Complaint fails to allege sufficient facts required by *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) to state a claim.

This Motion is based on this Notice and accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Matthew Laroche, the pleadings and records on file with this Court, and any evidence and argument as may be presented at or before the hearing on this matter.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 22, 2021. (*See* Declaration of Matthew Laroche, filed concurrently hereto).

DATED: October 29, 2021                                MILBANK, LLP

                                                       By: /s/ Sean M. Murphy
                                                       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                       Sean M. Murphy

                                                       Attorneys for Defendant
                                                       NFP RETIREMENT, INC.

## FIILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Sean M. Murphy, attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 29, 2021                              /s/ Sean M. Murphy