Troy A. Doles (admitted *pro hac vice*)
tdoles@uselaws.com
Jerome J. Schlichter (SBN 054513)
jschlichter@uselaws.com
Heather Lea (admitted *pro hac vice*)
hlea@uselaws.com
Sean E. Soyars (admitted *pro hac vice*)
ssoyars@uselaws.com
Kurt C. Struckhoff (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934

*Counsel for Plaintiffs*

William H. Edmonson (SBN 243445)
*will@whelawfirm.com*
LAW OFFICE OF WILL EDMONSON
9157 Sunset Boulevard, Suite 213
West Hollywood, CA 90069
Telephone: (424) 248-9581

*Local Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT LAUDERDALE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NFP RETIREMENT, INC., *et al.*,<br><br>*Defendants.* | Case No. 8:21-cv-00301-JVS-KES<br><br>**JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS**<br><br>Hon. James V. Selna<br><br>Magistrate Judge Karen E. Scott |

Plaintiffs Robert Lauderdale, Joshua Carrell, Ting Shen Wang, Leonard Dickhaut, Robert Crow, Aubin Ntela, and Rodney Aaron Riggins, individually and as representatives of a class of participants and beneficiaries on behalf of the Wood 401(k) Plan (fka the Wood Group 401(k) Plan) ("Plaintiffs"), and Wood Group

U.S. Holdings, Inc., Wood Group Management Services, Inc., and the Committee of the Wood 401(k) Plan (collectively, the "Wood Defendants"); Defendant flexPATH Strategies, LLC ("flexPATH"), and NFP Retirement, Inc. ("NFP") (collectively "Defendants") hereby file this Joint Report, as directed, to advise the Court on the progress of settlement discussions.

1. On May 5, 2021, the Court entered its Order Re Scheduling Dates (Dkt. 67), which set the pretrial deadlines, including the discovery cut-off of February 14, 2022, and the deadline to complete settlement discussions of March 31, 2022. The Court also ordered the parties to file a Joint Report regarding the outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

2. Since the Order Re Scheduling Dates, Plaintiffs have amended the complaint twice. On May 24, 2021, Plaintiffs filed the First Amended Complaint. On June 14, 2021, Defendants moved to dismiss. On August 18, 2021, the Court issued an order granting in part and denying in part Defendants' motions to dismiss the First Amended Complaint. On October 1, 2021, Plaintiffs filed the Second Amended Complaint. On October 29, 2021, Defendants moved to dismiss the Second Amended Complaint. On February 8, 2022, the Court issued its Order granting in part and denying in part Defendants' motions to dismiss the Second Amended Complaint.

3. To enable the parties additional time to complete discovery, the Court granted the parties' Joint Stipulation for Extension of Time Regarding Deadlines in Order Re Scheduling Dates (Dkt. 128), which extended the pretrial deadlines, including the fact discovery cut-off from February 14, 2022 to May 12, 2022, initial expert disclosures from March 28, 2022 to June 1, 2022, and rebuttal expert disclosures from April 11, 2022 to June 17, 2022.

4. Prior to and following the Court's Order granting in part and denying

in part Defendants' motions to dismiss the Second Amended Complaint, the parties have worked in good faith to pursue discovery related to their claims and defenses in this litigation. Between August 20 and September 10, 2021, Defendants produced documents in response to Plaintiffs' Phase 1 discovery requests. On September 10, 2021, Plaintiffs served their first set of requests for production, to which each of the Defendants responded on October 19, 2021. On January 4, 2022, Plaintiffs served their second set of requests for production on Defendants NFP and flexPATH, to which these Defendants responded on February 3, 2022.

5. On February 22, 2022, the Wood Defendants served their first set of requests for production on Plaintiffs, to which Plaintiffs responded on March 25, 2022. flexPATH served its first set of requests for production on March 24, 2022, NFP served its first set of requests for production on March 25, 2022, and the Wood Defendants served their second set of requests for production, first set of interrogatories, and first set of requests for admission on Plaintiffs on March 28, 2022.

6. In response to Plaintiffs' requests for production, Defendants have made a series of document productions between January 14, 2022, and March 24, 2022. Plaintiffs have been working diligently to review and analyze these documents in preparation for fact witness depositions. The parties are also discussing dates for depositions of fact witnesses.

7. In order for the parties to meaningfully engage in settlement discussions, the parties respectfully submit that additional time is necessary. The parties need to complete fact discovery, serve initial and rebuttal expert disclosures, and further develop their claims and defenses in this litigation before meaningful settlement discussions can be pursued. Accordingly, on March 31, 2022, the parties jointly stipulated to extend the deadline to complete settlement discussions from March 31, 2022, to June 29, 2022 (Dkt. 159). As set forth in the Joint Stipulation, the new stipulated deadline would not prejudice any party, would not delay the trial

or impact any other pretrial deadline, and would preserve the timing of settlement discussions originally set forth in the Court's Order Re Scheduling Dates (Dkt. 67) by requiring the parties to complete settlement discussions on or before 45 days after the close of fact discovery.

8. The Court having not yet approved the parties' joint stipulation, the parties hereby file this Joint Report to comply with the Court's original order (Dkt. 67). *See* Dkt. 9 at 3 (providing that stipulations for extensions of time are not effective until approved); *see also* L.R. 7-1 (stipulations are not effective until approved). At this time, the parties continue to work diligently and in good faith to complete discovery. Written settlement proposals have not been exchanged, and a mediator has not yet been selected.

Dated: April 7, 2022

Respectfully submitted,

By: /s/ Kurt C. Struckhoff
SCHLICHTER BOGARD & DENTON LLP
Kurt C. Struckhoff (*pro hac vice)*
*Lead Counsel for Plaintiffs*

William H. Edmonson (SBN 243445)
LAW Office OF WILL EDMONSON
*Local Counsel for Plaintiffs*

Dated: April 7, 2022

By: /s/ Nancy G. Ross (with consent)

Nancy G. Ross (pro hac vice)
*nross@mayerbrown.com*
Jed W. Glickstein (pro hac vice)
*jglickstein@mayerbrown.com*
Elaine Liu (pro hac vice)
*eliu@mayerbrown.com*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Alex C. Lakatos (SBN 182108)
*alakatos@mayerbrown.com*
Brantley Webb (pro hac vice)
*bwebb@mayerbrown.com*
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3312
Facsimile: (202) 263-5312

Anthony Gutierrez (SBN 330302)
*agutierrez@mayerbrown.com*
MAYER BROWN LLP
350 S. Grand Ave., 25th Fl.
Los Angeles, CA 90071
Telephone: 213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Wood Defendants*

Dated: April 7, 2022

By: /s/ Sean M. Murphy (with consent)

MILBANK LLP
Sean M. Murphy (pro hac vice)
smurphy@milbank.com
55 Hudson Yards, 34th Floor
New York, NY 10001
Telephone: 212-530-5688
Facsimile: 212-822-5688

Alex G. Romain (SBN 314694)
Ayana Sumiyasu (SBN 307957)
aromain@milbank.com
asumiyasu@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424-386-4374
Facsimile: 213-892-4274

*Attorneys for Defendant NFP Retirement, Inc.*

Dated: April 7, 2022

By: /s/ Ian H. Morrison (with consent)

SEYFARTH SHAW LLP
Ian H. Morrison (admitted pro hac vice)
imorrison@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
Fax: (312) 460-7000

Michael W. Stevens (SBN 258042)
mwstevens@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

*Attorneys for Defendant flexPATH Strategies LLC*

**SIGNATURE ATTESTATION**

I hereby attest that pursuant to Local Rule 5-4.3.4 I have received concurrence in the filing of this document from each of the other Signatories.

Dated: April 7, 2022 By: /s/ Kurt C. Struckhoff