UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 21-00301-JVS(ADSx)                                     Date: January 8, 2024

Title    Robert Lauderdale et al v. NFP Retirement, Inc. et al

Present: The Honorable:   James V. Selna, U.S. District Court Judge

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nathan Stump, Kurt Struckhoff, Patrick Kutz | Sean Murphy, Ian Morrison, Jules Levenson, Alex Lakatos, Matthew Laroche |

**Proceedings:  Final Argument on Court Trial**

    Cause is called for hearing and counsel make their appearances.  Final arguments are made by each side.  Matter stands submitted.

 

1:36

**Initials of Preparer**   eva