Nancy G. Ross (pro hac vice)
nross@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave., 25th Fl.
Los Angeles, CA 90071
Telephone: (213) 229-5173
Facsimile: (213) 625-0248

Alex C. Lakatos (SBN 182108)
alakatos@mayerbrown.com
Brantley Webb (pro hac vice)
bwebb@mayerbrown.com
William D. Sinnott (SBN 329592)
wsinnott@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3312
Facsimile: (202) 263-5312

*Attorneys for Wood Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAUDERDALE, JOSHUA CARRELL, TING SHEN WANG, LEONARD DICKHAUT, ROBERT CROW, AUBIN NTELA, and RODNEY AARON RIGGINS, individually and as representatives of a class of participants and beneficiaries on behalf of the Wood 401(k) Plan (fka the Wood Group 401(k) Plan),<br><br>Plaintiffs,<br><br>vs.<br><br>NFP RETIREMENT, INC., FLEXPATH STRATEGIES, LLC, WOOD GROUP U.S. HOLDINGS, INC., WOOD GROUP MANAGEMENT SERVICES, INC. (NKA WOOD GROUP USA, INC.), THE COMMITTEE OF THE WOOD 401(K) PLAN,<br><br>Defendants. | Case No. 8:21-cv-301-JVS-KES<br>Honorable James V. Selna<br><br><br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT**<br><br><br>Action Filed: February 16, 2021<br>Trial Date: March 21, 2023 |

1 | Pursuant to this Court's Findings of Fact and Conclusions of Law filed February 23, 2024 (ECF No. 414), Defendants Wood Group U.S. Holdings, Inc. f/k/a Wood Group Management Services, Inc., and the Committee of the Wood 401(k) Plan ("Wood"), Defendant NFP Retirement, Inc. ("NFP"), and Defendant flexPATH Strategies, LLC ("flexPATH") hereby lodge a [Proposed] Final Judgement in above-captioned matter.

Dated: March 4, 2023

MAYER BROWN LLP

By: *Nancy G. Ross*
Nancy G. Ross

*Attorneys for Wood Defendants*

SEYFARTH SHAW LLP

By: *Ian H. Morrison*
Ian H. Morrison

*Attorneys for Defendant flexPATH Strategies, LLC*

MILBANK LLP

By: *Sean M. Murphy*
Sean M. Murphy
Matthew Laroche

*Attorneys for Defendants flexPATH Strategies, LLC and NFP Retirement, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing [Proposed] Final Judgment to be served on all counsel of record via ECF on March 4, 2024.

> */s/ Nancy G. Ross*
> Nancy G. Ross